UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM RODRIGUEZ | CIVIL ACTION |
| VERSUS | NO. 26-2025 |
| IDSCAN.NET, INC. | SECTION: P(5) |

ORDER TRANSFERRING CASE

It has been brought to the Court's attention that the above-captioned case is related to Civil Action 26-1929 D(2), *Matthew Bunch, individually and on behalf of all others similarly situated v. IDscan.net, Inc.*, a case before Chief District Judge Wendy B. Vitter and Magistrate Judge Donna Phillips Currault.

**IT IS ORDERED** that this case be and is hereby **TRANSFERRED** to Section "D" and Magistrate Division (2) of the United States District Court for the Eastern District of Louisiana pursuant to Local Rule 3.1.1E.

New Orleans, Louisiana, this 11th day of September 2026.

Darrel James Papillion

DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

9/14/26
TRANSFERRED TO
**SECT. D MAG 2**